**SEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 5, 2015

FILED IN OPEN COURT
JUL 2 8 2015
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | |
| v. | : | Grand Jury Original |
| | : | |
| FRANCISCO JAVIER CONTRERAS-CASTRO, | : | VIOLATION: |
| Also known as, Javier Contreras, | : | 8 U.S.C. § 1326(a) and (b)(2) |
| Also known as, Javier Contre, | : | (Reentry of Alien Deported |
| | : | Following Conviction for |
| Defendant. | : | Aggravated Felony) |

Case: 1:15-cr-91
Assigned To: Judge Colleen Kollar-Kotelly
Assign Date: 7/28/2015
Description: Indictment (B)

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about May 16, 2015, within the District of Columbia, the defendant FRANCISCO JAVIER CONTRERAS-CASTRO, an alien, was found in the United States after having been deported from the United States, following his conviction, on or about February 16, 2005, in the United States District Court for the District of Columbia, for Unlawful Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) (Case No. 04-CR-0286), an aggravated felony, without having obtained the express consent of the Attorney General of the United States or the Secretary of the United States Department of Homeland Security to re-apply for admission into the United States.

**(Reentry of an Alien Deported Following Conviction for an Aggravated Felony** in violation of Title 8, United States Code, Section 1326(a) and (b)(2)).

A TRUE BILL

FOREPERSON.

_[signature]_
Attorney for the United States in
and for the District of Columbia